**Dean v. Cone Mills Corp.**

JAMES A. DEAN, EMPLOYEE, PLAINTIFF v. CONE MILLS CORPORATION, EMPLOYER, AND LIBERTY MUTUAL INSURANCE COMPANY, CARRIER, DEFENDANTS

No. 742A86

(Filed 5 May 1987)

APPEAL by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, reported in 83 N.C. App. 273, 350 S.E. 2d 99 (1986), which affirmed the opinion and award of the Industrial Commission denying workers' compensation benefits to plaintiff. Heard in the Supreme Court 14 April 1987.

*Charles R. Hassell, Jr. for plaintiff.*

*Maupin Taylor Ellis & Adams, P.A., by Richard M. Lewis and Steven M. Rudisill, for defendants.*

PER CURIAM.

Affirmed.

Justice WEBB did not participate in the consideration or decision of this case.